**JUDGE BUCHWALD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 6990**

PORTSIDE GROWTH AND
OPPORTUNITY FUND,

07 Civ. _____ ( )

                    Plaintiff,

RULE 7.1 STATEMENT

        vs

GIGABEAM CORPORATION,

                    Defendant.



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Portside Growth and Opportunity Fund (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  None.

Dated: New York, New York
       August 3, 2007

                              OLSHAN GRUNDMAN FROME ROSENZWEIG
                              & WOLOSKY LLP

                              By: _____
                                   Thomas J. Fleming (TF 4423)
                                   Joshua S. Androphy (JA 1481)
                                   *Attorneys for Plaintiff*
                                   Park Avenue Tower
                                   65 East 55th Street
                                   New York, New York 10022
                                   (212) 451-2300

548815-1