UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK.

| | |
|---|---|
| PORTSIDE GROWTH AND OPPORTUNITY FUND,<br><br>       Plaintiff,<br><br> -against-<br><br>GIGABEAM CORPORATION,<br><br>       Defendant | Case No. 07 CIV 6990 (NRB)<br><br>**CERTIFICATE OF SERVICE** |

  I, JOSHUA S. ANDROPHY, am not a party to this action and am over the age of 18, and certify under penalty of perjury that on August 6, 2007, I caused to be served a true copy of the Complaint, Summons, Civil Cover Sheet, Rule 7.1 Statement, and the Individual Practices of the Hon. Naomi Reice Buchwald upon:

  GigaBeam Corporation
  470 Springpark Place, Suite 900
  Herndon, VA 20170

by Federal Express for overnight delivery.

  Pursuant to Section 5.9 of the Securities Purchase Agreement dated November 7, 2005, and Section 11(d), clause (c) of the Certificate of Designation of Preferences, Right and Limitations of Series B Convertible Preferred Stock, GigaBeam Corporation has waived personal service of process, and service of process by mailing a copy thereof via registered or certified mail or overnight delivery (with evidence of delivery) constitutes good and sufficient service of process and notice thereof.

                    _____
                     Joshua S. Androphy

549055-1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern         District of         New York

PORTSIDE GROWTH AND OPPORTUNITY FUND

V.

GIGABEAM CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 6990**
**JUDGE BUCHWALD**

TO: (Name and address of Defendant)

GigaBeam Corporation
470 Springpark Place, Suite 900
Herndon, VA 20170

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Fleming
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    AUG 0 3 2007

CLERK _[signature]_     DATE

(By) DEPUTY CLERK