```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORTSIDE GROWTH AND OPPORTUNITY
FUND,

                Plaintiff,        Case No. 07 CIV 6990 (NRB)

-against-                  **STIPULATION**

GIGABEAM CORPORATION,

                Defendant.
----------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the Plaintiff and Defendant that the time for the Defendant Gigabeam Corporation to answer or otherwise move with the respect to the Complaint is hereby extended up to and including September 7, 2007; and

    IT IS FURTHER STIPULATED AND AGREED, that Defendant agrees to waive any defense it may have otherwise had regarding the sufficiency of service of process; and

    IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed in counterparts and signatures by facsimile shall be good and sufficient so as to constitute original signatures.

Dated: New York, New York
       August 29, 2007

THE ROTH LAW FIRM, PLLC                 OLHAN GRUNDMAN FROME
                                                   ROSENZWEIG & WOLOSKY LLP

By: _____                 By: _____
    Richard A. Roth (RAR 5538)                  Thomas F. Fleming (TF 4423)
    Jordan M. Kam (JK 8938)                     Joshua S. Androphy (JA 1481)
545 Fifth Avenue, Suite 960                     Park Avenue Tower, 65, East 55th Street
New York, New York 10017                    New York, New York 10022
(212) 542-8882                                        (212) 451-2300
*Attorneys for Defendant*                         *Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.
    9/4/07