UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff *Portside Growth and Opportunity Fund*

-v-

Defendant *Gigabeam Corporation*

Case No. *07 CIV 6990*

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _*Defendant*_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

*Gigabeam Service Corporation*

Date: *9/7/07*

Signature of Attorney

Attorney Bar Code: *JK 8938*

Form Rule7_1.pdf