UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PORTSIDE GROWTH AND OPPORTUNITY FUND,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>GIGABEAM CORPORATION,<br><br>　　　　　　　　　　　　Defendants. | Case No. 07-CV-6990 (NRB)<br><br>ECF CASE<br><br>NOTICE OF MOTION FOR <u>SUMMARY JUDGMENT</u> |

　　　　PLEASE TAKE NOTICE that upon the annexed Declaration of Jeffrey C. Smith, the exhibits annexed thereto, the accompanying Statement of Material Facts as to which there is no genuine issue to be tried, the accompanying Memorandum of Law, and upon all pleadings and proceedings heretofore had herein, Plaintiff will move this Court before the Honorable Naomi Reice Buchwald at the United States Courthouse, 500 Pearl Street, New York, New York on a date to be set by the Court for an Order:

　　　　1.　　Pursuant to Rule 56, Fed. R. Civ. P., granting summary judgment to Plaintiff on its first claim for relief in the amount of $1,418,337.93, plus interest, for breach of contract arising from Defendant's failure to deliver securities to Plaintiff; and

　　　　2.　　Pursuant to Rule 56, Fed. R. Civ. P., granting summary judgment to Plaintiff on the second claim for relief for specific performance and permitting Plaintiff to elect its remedy between the first and second claims; and

　　　　3.　　Pursuant to Rule 56, Fed. R. Civ. P., granting summary judgment to Plaintiff in the amount of (i) $13,680 as partial liquidated damages under the Registration Rights Agreement, plus interest at 18% per annum thereon until paid in full, starting from June 7, 2007; and (ii) awarding interest at 18% per annum thereon until paid in full, starting from July 17,

554691-1

2007, on the "Triggering Redemption Amount," which is $451,486.26, pursuant to the Certificate of Designation; and

    4.    Awarding Plaintiff its Attorneys' fees and costs, pursuant to Defendant's Certificate of Designation;

    5.    Granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 5, 2007

            OLSHAN GRUNDMAN FROME
            ROSENZWEIG & WOLOSKY LLP

            By:    _____
                  Thomas J. Fleming (TF-4423)
                  *Attorneys for Plaintiff*
                  Park Avenue Tower
                  65 East 55th Street
                  New York, New York 10022
                  (212) 451-2300

TO:

THE ROTH LAW FIRM, PLLC
545 Fifth Avenue, Suite 960
New York, New York 10017
Tel: (212) 542-8882
Fax: (212) 542-8883
Attn: Richard L. Roth
*Attorneys for Defendant*
*GigaBeam Corporation*