# EXHIBIT J

GGBM Equity

| Date | Px Last | Px Low | Px High | Px Volume |
|---|---|---|---|---|
| 6/1/2007 | 3.0742 | 3.0301 | 3.26 | 2103 |
| 6/4/2007 | 2.92 | 2.92 | 3.0275 | 3254 |
| 6/5/2007 | 2.98 | 2.98 | 2.98 | 400 |
| 6/6/2007 | 2.9301 | 2.92 | 3.14 | 2460 |
| 6/7/2007 | 2.93 | 2.92 | 3.13 | 13591 |
| 6/8/2007 | 2.87 | 2.87 | 2.92 | 6152 |
| 6/11/2007 | 2.69 | 2.65 | 2.93 | 24986 |
| 6/12/2007 | 2.62 | 2.62 | 2.7799 | 6153 |
| 6/13/2007 | 2.75 | 2.67 | 2.8599 | 15961 |
| 6/14/2007 | 2.75 | 2.67 | 2.78 | 11160 |
| 6/15/2007 | 2.66 | 2.65 | 2.72 | 9352 |
| 6/18/2007 | 2.7 | 2.7 | 2.83 | 3550 |
| 6/19/2007 | 2.82 | 2.65 | 2.95 | 29310 |
| 6/20/2007 | 2.75 | 2.71 | 2.9 | 4097 |
| 6/21/2007 | 2.71 | 2.69 | 2.98 | 26466 |
| 6/22/2007 | 2.8015 | 2.71 | 2.89 | 17540 |
| 6/25/2007 | 2.82 | 2.74 | 2.88 | 13414 |
| 6/26/2007 | 2.76 | 2.73 | 2.8399 | 5896 |
| 6/27/2007 | 2.81 | 2.72 | 2.85 | 4065 |
| 6/28/2007 | 2.71 | 2.71 | 2.788 | 1900 |
| 6/29/2007 | 2.69 | 2.49 | 2.77 | 49927 |
| 7/2/2007 | 2.7 | 2.6 | 2.75 | 12015 |
| 7/3/2007 | 2.61 | 2.6 | 2.65 | 3151 |
| 7/5/2007 | 2.75 | 2.61 | 2.7799 | 9150 |
| 7/6/2007 | 2.58 | 2.58 | 2.76 | 7978 |
| 7/9/2007 | 2.63 | 2.6 | 2.6899 | 9400 |
| 7/10/2007 | 2.63 | 2.63 | 2.65 | 2116 |
| 7/11/2007 | 2.63 | 2.63 | 2.66 | 6199 |
| 7/12/2007 | 2.7 | 2.7 | 2.7999 | 16838 |
| 7/13/2007 | 2.7999 | 2.69 | 2.8 | 6258 |
| 7/16/2007 | 2.69 | 2.55 | 2.75 | 32515 |
| 7/17/2007 | 2.6 | 2.55 | 2.7 | 34783 |
| 7/18/2007 | 2.7 | 2.55 | 2.7 | 15282 |
| 7/19/2007 | 2.74 | 2.65 | 2.75 | 23515 |
| 7/20/2007 | 2.8 | 2.72 | 2.8 | 14993 |
| 7/23/2007 | 4.85 | 4.01 | 7.31 | 8402116 |
| 7/24/2007 | 5.9301 | 5.3 | 6.54 | 4652468 |
| 7/25/2007 | 5.7801 | 5.47 | 7.09 | 4092214 |
| 7/26/2007 | 5.23 | 4.9 | 5.6 | 964573 |
| 7/27/2007 | 5.6699 | 5.4 | 5.8 | 863091 |
| 7/30/2007 | 5.33 | 5.0601 | 5.99 | 404148 |
| 7/31/2007 | 5.02 | 5.01 | 5.44 | 268226 |
| 8/1/2007 | 4.61 | 4.44 | 5.1 | 310960 |
| 8/2/2007 | 4.07 | 4.01 | 4.6799 | 283509 |
| 8/3/2007 | 4.3499 | 4.1 | 4.63 | 281847 |
| 8/6/2007 | 5.1 | 4.57 | 6.4 | 1793310 |
| 8/7/2007 | 5.1 | 4.72 | 5.44 | 453080 |

| Date | | | | |
|---|---|---|---|---|
| 8/8/2007 | 5.0499 | 4.87 | 5.26 | 283887 |
| 8/9/2007 | 5.64 | 5.5 | 6.31 | 1125994 |
| 8/10/2007 | 5.49 | 5.25 | 5.6 | 295518 |

# EXHIBIT K

Yahoo!   My Yahoo!   Mail              Search: [                    ]   Web Search

YAHOO! FINANCE    Sign In
                  New User? Sign Up
                           Finance Home - Help                    BusinessWire

Welcome [Sign In]                                To track stocks & more, Register

**Financial News**

Enter symbol(s) [     ]  Basic  ▼  Get   Symbol Lookup

**Press Release**                                 Source: GigaBeam Corporation

## GigaBeam Announces Milestone Orders for Deployment of Company's Next-Generation Wireless Technology for Major U.S. Metro Market

Friday July 20, 5:21 pm ET

**Company Anticipates Significant Increase in Revenue Due to Growing Commercial Demand for Wireless Networks in Western U.S. Region**

DURHAM, N.C.--(BUSINESS WIRE)--GigaBeam Corporation (NASDAQ:GGBM - News), deploying market disruptive "wireless fiber optics" technology to economic centers across the globe, announced today that it has received purchase orders for 24 additional WiFiber® links from One Velocity Inc, a leading wireless telecom provider for the Western United States. The orders further validate GigaBeam's aggressive commercialization strategy to penetrate major metropolitan areas with next generation wireless technology able to bypass existing telecom infrastructure at speeds equal to 1000 DSL lines.

The Company expects to drive additional revenues and earnings from the considerable projected growth of One Velocity's network along with the creation of next generation Wireless Local Exchange Carriers (WiLECs) around the world.

"GigaBeam is fully committed to expanding the market for our products on a worldwide scale with the ultimate goal of building significant long-term value for our shareholders," said Louis Slaughter, Chairman and Chief Executive Officer of GigaBeam. "Our growing partnership with One Velocity has proven profitable for GigaBeam as they continue to successfully build out the Las Vegas market with the strategy to open other major markets for our products across the western United States."

GigaBeam's WiFiber technology is similar to terrestrial fiber in terms of speed and reliability. WiFiber has a substantial advantage over terrestrial fiber because WiFiber can be rapidly deployed and costs less to deploy than terrestrial fiber. Terrestrial fiber can take months to deploy and also requires significant regulatory and environmental approvals prior to installation.

The network One Velocity has established is one of the fastest commercial Metro Ethernet networks in the world. Large corporations, enterprises and carriers are requiring greater and greater bandwidth solutions and the existing competitive infrastructures of incumbent carriers are incapable of meeting these needs. One Velocity's services are rapidly deployable, highly scalable, secure, reliable and broadly accessible.

"We are proud of our achievement to date of having deployed the first commercial next generation WiLEC network in the world utilizing GigaBeam's WiFiber technology," said Mike Ballard, Chairman and Chief Executive Officer of One Velocity. "I believe that this is the first such network utilizing this advanced wireless technology to provide services to multiple large customers. I expect rapid expansion of our business and anticipate deployment of many more GigaBeam WiFiber links to support this expansion."

One Velocity has deployed a approximately 30 WiFiber Links to date and has established several resilient gigabit Ethernet loops across Las Vegas providing service to more than 28 enterprise and local government customers.

About GigaBeam Corporation

GigaBeam's WiFiber® product ushers in a new era of communications by allowing customers to bypass the restrictive telecom oligopoly and connect directly to any city's fiber optics hub or Point-of-Presence (POP). The disruptive impact of an easily deployable, low cost alternative to fiber optics cables is difficult to overestimate, especially since WiFiber's point-to-point high-speed units transmit data via the highest approved radio frequency at speeds equal to 641 T1 lines or 1000 DSL lines.

Current GigaBeam partners and customers include Google, Verizon, ING, Sprint, The Department of Defense, as well as several cities and universities such as San Francisco and Boston University. The Company has implemented an aggressive commercialization strategy to expand into major metropolitan areas around the world.

GigaBeam's visionary management team is fully committed to augmenting current revenues through a network of authorized dealers and resellers across North America, South America, Europe, Africa, the Middle East, India and Asia that have local expertise and established contacts. In short, GigaBeam offers a truly unique investment opportunity with market disruptive wireless technology, a pioneering management team and a worldwide network dedicated to penetrating major metropolitan markets around the globe.

To learn more about GigaBeam's revolutionary wireless technology, please visit www.gigabeam.com/.

For investor-specific information and resources, visit http://www.trilogy-capital.com/tcp/gigabeam.

To view current stock quotes and news, visit http://www.trilogy-capital.com/tcp/gigabeam/quote.html.

To view an investor fact sheet about the company, visit http://www.trilogy-capital.com/tcp/gigabeam/factsheet.html.

Safe Harbor Statement

Statements in this press release regarding GigaBeam's products, services, capabilities, performance, opportunities, development and business outlook that are forward-looking involve and are subject to known and unknown risks, uncertainties and other factors, some of which are beyond GigaBeam's control and difficult to predict, and could cause actual results to differ materially from these anticipated, expressed or forecasted in the forward-looking statements. Such risks and uncertainties may include, but are not limited to: limited capital resources and continued dependence of our operations on additional financing, limited operating history, difficulties in distinguishing GigaBeam's products and services, ability to manufacture and deploy GigaBeam's products, lack of or delay in market acceptance and fluctuations in customer demand, dependence on a limited number of significant customers, reliance on third party vendors and strategic partners, availability of raw materials, subassemblies and components, ability to meet future capital requirements on acceptable terms, continuing uncertainty in the telecommunications industry and the global economy, intense competition in the telecommunications equipment industry and resulting impact on pricing and general financial performance, compliance with federal and state regulatory requirements, timing, availability and success of new technology and product introductions and the other factors discussed in GigaBeam's filings with the Securities and Exchange Commission.

*Contact:*

Financial Communications
Trilogy Capital Partners
Ryon Harms, 800-592-6067
ryon@trilogy-capital.com

Source: GigaBeam Corporation

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Business Wire. All rights reserved. All the news releases provided by Business Wire are copyrighted. Any forms of copying other than an individual user's personal reference without express written