# EXHIBIT L

10QSB 1 v085540_10qsb.htm

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**Form 10-QSB**

x    QUARTERLY REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended June 30, 2007

OR

o    TRANSITION REPORT UNDER SECTION 13 OR 15(d) OF THE EXCHANGE ACT

For the transition period from _____ to _____

Commission file number: 005-50985

**GigaBeam Corporation**
(Exact name of small business issuer as specified in its charter)

| | |
|---|---|
| Delaware | 20-0607757 |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

4021 Stirrup Creek Drive, Suite 400
Durham, NC 27703
(Address of principal executive offices)

(919) 206-4426
(Issuer's telephone number)

Check whether the issuer (1) filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the past 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes x No o

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act) Yes o No x

As of August 13, 2007, there were 6,762,997 shares of the issuer's common stock outstanding.

Transitional Small Business Disclosure Format (check one): Yes o No x

## GigaBeam Corporation
## Form 10-QSB
## For the Quarter Ended June 30, 2007
## Table of Contents

| | Page |
|---|---|
| PART I- FINANCIAL INFORMATION - UNAUDITED | 3 |
| Item 1 - Financial Statements (unaudited). | |
| Condensed Consolidated Balance Sheets as of June 30, 2007 and December 31, 2006 | 3 |
| Condensed Consolidated Statements of Operations for the three months ended June 30, 2007 and 2006 and the six months ended June 30, 2007 and 2006 | 4 |
| Condensed Consolidated Statements of Cash Flows for the six months ended June 30, 2007 and 2006 | 5 |
| Notes to Condensed Consolidated Financial Statements | 7 |
| Item 2 - Management's Discussion and Analysis or Plan of Operation. | 24 |
| Item 3 - Controls and Procedures. | 34 |
| PART II - OTHER INFORMATION | 35 |
| Item 1 - Legal Proceedings. | 35 |
| Item 2 - Issuance of Unregistered Securities. | 35 |
| Item 3 - Defaults Upon Senior Securities. | 35 |
| Item 4 - Submission of Matters to a Vote of Security Holders. | 35 |
| Item 5 - Other Information. | 35 |
| Item 6 - Exhibits. | 35 |

Part I - Financial Information - Unaudited.

Item 1. Financial Statements - (unaudited)

## GigaBeam Corporation
## Condensed Consolidated Balance Sheets
### (Unaudited)

|  | June 30, 2007 | December 31, 2006(a) |
|---|---:|---:|
| **ASSETS** | | |
| **Current assets:** | | |
| Cash and cash equivalents | $ 53,084 | $ 653,734 |
| Accounts receivable, net of allowance of $580,852 and $533,766 at June 30, 2007 and December 31, 2006, respectively | 1,189,826 | 807,500 |
| Inventories, net of allowance of $1,654,834 and $933,554 at June 30, 2007 and December 31, 2006, respectively | 4,230,506 | 7,621,574 |
| Prepaid expenses and other current assets | 219,035 | 568,711 |
| **Total current assets** | 5,692,451 | 9,651,519 |
| Inventories - non current, net | 1,999,983 | — |
| Property and equipment, net | 1,643,440 | 1,986,735 |
| Other assets | 455,347 | 445,630 |
| Debt issuance costs | 52,556 | 181,976 |
| **Total assets** | $ 9,843,777 | $ 12,265,860 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Current liabilities:** | | |
| Accounts payable | $ 2,856,150 | $ 1,891,077 |
| Accrued liabilities | 1,267,587 | 1,416,716 |
| Current portion of capital lease obligations | 28,899 | 29,125 |
| Convertible notes payable, net of discount | 218,636 | — |
| Notes payable, other current | 651,866 | — |
| Note payable, related party | 65,000 | — |
| **Total current liabilities** | 5,088,138 | 3,336,918 |
| Capital lease obligations, non-current | 26,996 | 41,159 |
| Convertible notes payable, net of discount | — | 1,051,036 |
| **Total liabilities** | 5,115,134 | 4,429,113 |
| **Stockholders' equity:** | | |
| Series A redeemable preferred stock, $0.001 par value, 20,000 shares authorized; 11,277 shares issued and outstanding at June 30, 2007 and December 31, 2006 | 11 | 11 |
| Series B convertible preferred stock, $0.001 par value; 20,000 shares authorized; 15,100 shares issued and outstanding at June 30, 2007 and December 31, 2006 | 15 | 15 |

| | | |
|---|---:|---:|
| Series C convertible preferred stock, $0.001 par value; 10,000 shares authorized; 10,000 shares issued and outstanding at June 30, 2007 and December 31, 2006 | 10 | 10 |
| Common stock, $0.001 par value, 40,000,000 shares authorized; 6,680,540 and 6,099,279 shares issued and outstanding at June 30, 2007 and December 31, 2006, respectively | 6,681 | 6,099 |
| Additional paid-in capital | 53,193,686 | 50,876,530 |
| Accumulated deficit | (48,471,760) | (43,045,918) |
| **Total stockholders' equity** | 4,728,643 | 7,836,747 |
| **Total liabilities and stockholders' equity** | $ 9,843,777 | $ 12,265,860 |

(a)   Condensed consolidated balance sheet as of December 31, 2006, has been derived from audited consolidated financial statements.

*See notes to condensed consolidated financial statements*

3

**GigaBeam Corporation**
**Condensed Consolidated Statements of Operations**
**(Unaudited)**

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---:|---:|---:|---:|
|  | 2007 | 2006 | 2007 | 2006 |
| Net sales | $ 2,068,563 | $ 696,657 | $ 2,352,705 | $ 2,355,198 |
| Cost of sales | 1,709,697 | 267,556 | 1,871,789 | 1,753,190 |
| Gross margin | 358,866 | 429,101 | 480,916 | 602,008 |
| Operating expenses: | | | | |
| Research and development | 850,557 | 1,290,675 | 1,506,438 | 2,632,357 |
| General and administrative | 894,338 | 2,009,840 | 2,109,671 | 3,543,383 |
| Selling and marketing | 395,625 | 1,361,636 | 955,063 | 2,536,456 |
| Service, install and link operations | 308,679 | 877,202 | 676,113 | 1,545,395 |
| Total operating expenses | 2,449,199 | 5,539,353 | 5,247,285 | 10,257,591 |
| Operating loss | (2,090,333) | (5,110,252) | (4,766,369) | (9,655,583) |
| Other income (expense): | | | | |
| Interest income | 1,512 | 55,950 | 2,043 | 149,783 |
| Interest expense | (225,966) | (288,636) | (661,516) | (618,002) |
| Loss before provision for income taxes | (2,314,787) | (5,342,938) | (5,425,842) | (10,123,802) |
| Provision for income taxes | — | — | — | — |
| Net loss | (2,314,787) | (5,342,938) | (5,425,842) | (10,123,802) |
| Series B convertible preferred stock dividend | (306,000) | (371,311) | (604,000) | (602,345) |
| Series C convertible preferred stock dividend | (216,000) | — | (400,000) | — |
| Increasing rate preferred stock non-cash dividend | (176,384) | — | (529,152) | — |
| Net loss allocated to common stockholders | $ (3,013,171) | $ (5,714,249) | $ (6,958,994) | $(10,726,147) |
| Basic and diluted loss per share to common stockholders | $ (0.46) | $ (0.99) | $ (1.09) | $ (1.98) |
| Basic and diluted weighted average shares outstanding | 6,480,280 | 5,749,024 | 6,381,597 | 5,419,978 |

*See notes to condensed consolidated financial statements*

4

## GigaBeam Corporation
## Condensed Consolidated Statements of Cash Flows
## (Unaudited)

|  | Six Months Ended June 30, | |
|---|---:|---:|
|  | 2007 | 2006 |
| **Cash flows from operating activities:** | | |
| Net loss | $ (5,425,842) | $ (10,123,802) |
| Adjustments to reconcile net loss to net cash used for operating activities: | | |
| Amortization of debt discount and beneficial conversion feature | 559,820 | 520,445 |
| Provision for doubtful accounts | 47,086 | 122,331 |
| Increase in inventory provision for obsolescence | 812,524 | 492,054 |
| Increase (decrease) in reserve for warranty costs | (35,723) | 146,000 |
| Depreciation and amortization | 315,504 | 241,378 |
| Loss on sale of property and equipment | 36,698 | — |
| Non-cash compensation expense | 655,386 | 1,383,407 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (429,413) | (212,929) |
| Inventories | 578,560 | (4,848,539) |
| Prepaid expenses and other current assets | 462,236 | 145,792 |
| Deposits | (33,749) | (13,743) |
| Accounts payable | 965,073 | 997,818 |
| Accrued liabilities | (123,894) | (98,284) |
| **Net cash used in operating activities** | (1,615,734) | (11,248,072) |
| | | |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment | (3,279) | (657,708) |
| Acquisition of patents & intangibles | (18,650) | (72,865) |
| **Net cash used in investing activities** | (21,929) | (730,573) |
| | | |
| **Cash flows from financing activities:** | | |
| Repayments of capital lease obligations | (14,389) | (168,526) |
| Proceeds from note payable to related party | 65,000 | — |
| Exercise of common stock warrants | — | 2,011,036 |
| Exercise of common stock options | — | 78,900 |
| Series B convertible preferred stock dividend paid | — | (602,345) |
| Proceeds from note payable, other current | 986,402 | — |
| **Net cash provided by financing activities** | 1,037,013 | 1,319,065 |
| | | |
| **Net decrease in cash and cash equivalents** | (600,650) | (10,659,580) |
| Cash and cash equivalents at beginning of period | 653,734 | 12,726,986 |
| **Cash and cash equivalents at end of period** | $ 53,084 | $ 2,067,406 |

5

GigaBeam Corporation Condensed Consolidated Statements of Cash Flows
(Unaudited)

|  | Six Months Ended June 30, | |
|---|---|---|
|  | 2007 | 2006 |
| Supplemental disclosures for cash flow information: | | |
| Interest paid | $ 2,908 | $ 64,585 |
| Non-cash investing and financing activities: | | |
| Conversion of convertible notes payable into shares of common stock | $ 1,262,800 | $ 253,667 |
| Conversion of Series B convertible preferred stock into shares of common stock | — | 472 |
| Fair value adjustment of options granted | $ (180,664) | $ 277,642 |
| Fair value of warrants issued with common stock | $ 368,874 | — |
| Stock issued for Series B and Series C convertible preferred stock dividend | $ 1,004,000 | — |
| Non-cash increasing rate preferred stock dividend | $ 529,152 | — |

*See notes to condensed consolidated financial statements.*

6

GigaBeam Corporation
Notes to Condensed Consolidated Financial Statements
June 30, 2007
(Unaudited)

1. Description of the Business:

The Company and its wholly-owned subsidiary, GigaBeam Service Corporation, designs, develops, markets, sells, leases, installs and services advanced point-to-point wireless communication solutions for commercial and government customers. The Company's communication links are capable of transmission speeds at or above one gigabit-per-second under the trade name "WiFiber®." The Company's products operate in the 71-76 GHz and 81-86 GHz spectrum bands. The Company's management believes that the unprecedented amounts of bandwidth provided by these spectrum blocks and the quality of its proprietary product designs will provide for wireless communications at previously unattainable fiber-equivalent speed and reliability.

The Company's solutions address the requirements of fixed wireless carriers, service providers, enterprises, and government institutions through broadband wireless networks. WiFiber, by providing the last mile access and backhaul, is complementary to both wireless fiber ("WiFi") and worldwide interoperability for microwave access ("WIMAX").

GigaBeam Corporation (the "Company") was incorporated under the laws of the State of Delaware on January 5, 2004. The Company's primary activities to date have consisted of securing financing, developing strategic alliances associated with the development of its technology, design, development and deployment of its Series Gig*E* and WiFiber G Series Gig*E* products as well as initial sales, marketing, production and installation of these products. In October 2004, the Company completed its initial public offering ("IPO"), generating net proceeds of approximately $5,491,000. Since that date, the Company has completed various private placements of its debt and equity securities generating net proceeds of approximately $37,123,602. Additionally, the Company has received approximately $3,297,000 to date from the exercise of common stock purchase warrants and options.

*Basis of Presentation*

The condensed consolidated financial statements include the Company's accounts and those of its wholly-owned subsidiary, GigaBeam Services Corporation. Intercompany accounts and transactions have been eliminated in consolidation.

The accompanying unaudited condensed consolidated financial statements have been prepared in conformity with accounting principles accepted in the United States of America for interim financial information. Accordingly, they do not include all the information and notes required by accounting principles generally accepted in the United States of America for complete financial statements. In the opinion of management, all adjustments and reclassifications considered necessary for a fair and comparable presentation have been included and are of a normal recurring nature. The accompanying condensed consolidated financial statements should be read in conjunction with the Company's most recent annual report on Form 10-KSB for the year ended December 31, 2006. The condensed consolidated results of operations for the interim periods presented are not necessarily indicative of the results to be experienced for the entire fiscal year.

2. Summary of Significant Accounting Policies:

7