*General and administrative.* For the quarter ended June 30, 2007, general and administrative expenses were $894,338, compared to $2,009,840 for the quarter ended June 30, 2006, a decrease of $1,115,502, or 55.5%. The reduction of expenses was due to a reduction in consultant and professional fee expenses of $306,708 in 2007 compared to 2006, lower insurance premium expenses by $47,000, reduced travel expenses by $81,550, reduced salaries for all management personnel by $75,702 effective with fourth quarter of 2006, which levels have not been restored to date. The reduction amounted to a change of $111,000 over the comparable 2006 quarter. Stock-based compensation expense as required by SFAS 123R was $175,000 lower in the three months ended June 30, 2007, compared to the same quarter in 2006.

*Selling and marketing.* For the quarter ended June 30, 2007, selling and marketing expenses totaled $395,625, compared to $1,361,636 for the quarter ended June 30, 2006, a decrease of $966,011, or 70.9%. The decrease is attributable primarily to a reduction in the comparable sales and marketing staff levels between the periods resulting from the reduction in force from the first quarter. The impact of this reduction decreased related expense levels by a cumulative $833,000 compared to the three months ended June 30, 2006.

*Service, install and link operations.* Expenses related to service operations, net of expenses charged to cost of sales, were $308,679 for the second quarter of 2007, compared to $877,202 for the second quarter of 2006, a decrease of $568,523, or 64.8%. The reduction is primarily related to a significant reduction in the number of employees in this area effective the beginning of the first quarter of 2007, commensurate with our previously announced relocation and re-organization of this group from the closed Lewisville, Texas facility to our engineering and operations center in Research Triangle Park in North Carolina. Due to these changes in the organization, expenses related to salaries and recruiting were reduced by $363,000. Travel-related expenses were reduced by $110,000 in the three months ended June 30, 2007 compared to the three months ended June 30, 2006.

*Interest expense.* Interest expense for the three months ended June 30, 2007 was $225,966, a decrease of $62,670 from the comparative quarter in 2006. The net decrease was due to the conversion of $1,262,800 in principal of the outstanding 8% convertible notes due January 2008 in the first quarter of 2007, offset by an increase due to the issuance of a new 14% debenture payable as of May 22, 2007.

**RESULTS OF OPERATIONS FOR THE SIX MONTHS ENDED JUNE 30, 2007 COMPARED TO THE SIX MONTHS ENDED JUNE 30, 2006**

|  | Six Months Ended June 30, 2007 | Six Months Ended June 30, 2006 |
|---|---|---|
| Net sales | $ 2,352,705 | $ 2,355,198 |
| Gross margin | $ 480,916 | $ 602,008 |
| Net loss | $ (5,425,842) | $ (10,123,802) |

*Net sales, gross margin and net loss.* For the six months ended June 30, 2007, our sales totaled $2,352,705, compared to $2,355,198 for the six months ended June 30, 2006, a decrease of $2,493, or 0.1%. Sales in both years were comprised primarily from the sale of WiFiber G links and installation contracts. Unit sales of WiFiber G links were 30.3% lower for the six months ended June 30, 2007, compared to June 30, 2006, and the average selling price increased 33.7% in the same period. Also, we sold $194,800 of parts, components and installation to certain customers.

Gross margin as a percentage of net sales for the six months ended June 30, 2007 was 20.4%, compared to 25.6% for the six month period ended June 30, 2006. In the six months ended June 30, 2007, we charged cost of sales

with an additional $200,000 for reserve for inventory obsolescence related to our WiFiber II carrying value, and established a reserve of $612,524 as a result of review of our entire inventory stock for possible obsolescence. We also recorded a commission related to the Ministry of the Interior of Bahrain sale of $211,146 in the 2007 period. During the six months ended June 30, 2006, we charged cost of sales $492,054 for reserve for inventory obsolescence related to the WiFiber II inventory carrying value. The gross margin for the 2006 period reflects this charge.

Net loss for the six months ended June 30, 2007 was $5,425,842, compared to $10,123,802 for the six months ended June 30, 2006. We reduced our operating expenses significantly beginning in the first quarter of 2007 including a 50% reduction in workforce and consolidating certain operating facilities.

29

*Research and development.* Research and development expenses decreased from $2,632,357 for the six months ended June 30, 2006 to $1,506,438 for the six months ended June 30, 2007, a decrease of $1,125,919, or 42.8%. The decrease is attributable primarily to lower development costs paid to third party software development and design parties by $848,777, reduced contract consultant payments by $252,476, and other reductions compared to the 2006 period as we have decreased development activities as part of our cost reduction activities. These decreased expenses were partially offset by rent for the Durham research and development facility of $79,830 during the 2007 period. This facility was not leased until November 2006.

*General and administrative.* For the six months ended June 30, 2007, general and administrative expenses were $2,109,671, compared to $3,543,383 for the six months ended June 30, 2006, a decrease of $1,433,712, or 40.5%. The reduction of expenses was due to a reduction in consultant and professional fee expenses of $401,030 in 2007 compared to 2006, primarily related to the installation of our new Enterprise Resource Planning, or ERP, system through the 2006 year, lower insurance premium expenses by $47,000, reduced travel expenses by $109,405, reduced salaries for all management personnel by $164,021 effective with fourth quarter of 2006, which levels have not been restored to date. This reduction amounted to a change of $265,682 compared to the six months ended June 30, 2006. Stock-based compensation expense as required to be recorded under SFAS 123R was lower by $89,689 compared to the comparable period in 2006.

*Selling and marketing.* For the six months ended June 30, 2007, selling and marketing expenses totaled $918,365 compared to $2,536,456 for the six months ended June 30, 2006, a decrease of $1,618,091, or 63.8%. The decrease is attributable primarily to a reduction in the overall sales and marketing staff levels between the periods as our marketing efforts were enhanced by the use of resellers. The impact of this reduction decreased salary and payroll taxes, travel expenses and stock based compensation expense by a cumulative $1,314,082.

*Service, install and link operations.* Expenses related to service operations, net of expenses charged to cost of sales, were $676,113 for the six months ended June 30, 2007, compared to $1,545,395 for the six months ended June 30, 2006, a decrease of $869,282 or 56.2%. The reduction is primarily related to a significant reduction in the number of employees in this area effective the beginning of January 2007, commensurate with our previously announced relocation and re-organization of this group from the closed Lewisville, Texas facility to our engineering and operations center in Research Triangle Park in North Carolina. Due to these changes in the organization, expenses related to salaries, recruiting and benefits were reduced by $615,662. Travel-related expenses were reduced by $152,399 in the six months ended June 30, 2007 compared to the six months ended June 30, 2006.

*Interest expense.* Interest expense for the six months ended June 30, 2007 was $661,516 compared to $618,002 for the six months ended June 30, 2006. The net increase of $43,514, or 7.0%, was due to an acceleration of the note discount and beneficial conversion factors accretion related to the 8% notes due February 2008. A significant amount of the remaining principal of the outstanding notes was converted to common shares in the first quarter, causing the accelerated accretion. This was offset in part by the reduction of stated interest rate expense on these notes beginning in the first quarter of 2007.

## LIQUIDITY AND CAPITAL RESOURCES

Cash Flows

|  | Six Months Ended June 30, 2007 | Six Months Ended June 30, 2006 |
|---|---|---|
| Net cash used in operating activities | $ (1,615,734) | $ (11,248,072) |

|  |  |  |
|---|---:|---:|
| Net cash used in investing activities | (21,929) | (730,573) |
| Net cash provided by financing activities | 1,037,013 | 1,319,065 |
| Net decrease in cash and cash equivalents | $ (600,650) | $ (10,659,580) |

***Cash and equivalents.*** Our cash and cash equivalents balance was $53,084 at June 30, 2007, and $653,734 at December 31, 2006. The decrease of $600,650 for the six months ended June 30, 2007 was related to operating expenses incurred for the first two quarters and the timing of second quarter sales late in the period. Our operating expenses for the quarter ended June 30, 2007 were $2,449,199, compared to $5,539,353 for the quarter ended June 30, 2006, resulting in a significantly reduced use of cash in operations in the second quarter of 2007.

30

As of June 30, 2007, we did not have sufficient working capital to fully satisfy our upcoming obligations for the next twelve months. We are seeking additional financing. Additionally, we previously announced a $1.37 million sale of our WiFiber links to the Kingdom of Bahrain. We received payment of $612,500 of the total sale price prior to August 1, 2007. Payments for the remainder of this sale have been delayed at the time of this filing, since on or about May 7, 2007, we were verbally notified by our customer, the Ministry of the Interior, that a Bahrani court had ordered it to cease further payments to us related to this sale pending resolution of a claim by our former reseller for the Company in the region. Management and legal counsel believe that we will ultimately be paid the remaining amounts.

Our liquidity is dependent upon our ability to continue to meet our obligations, to control ongoing operating expenses, to obtain additional financings as may be required, and to reach and maintain cash flow break even and eventually profitability. If we are unable to maintain adequate cash balances or generate sufficient internal cash flows from sales of products or raise funds through the sale of debt and/or equity securities, and further reduce operating and capital expenditures to bring in line with sales over the next twelve months, we may be required to further reduce overhead, curtail or cease some or all of our operations, or otherwise significantly change our business development plans.

Our management consistently looks for opportunities to reduce operating expenses to conserve our cash balances. In January 2007, based on changing U.S. market demands and a refocusing of our service operations, we reduced our employee level from 53 to 26, primarily by re-organizing our link operations sales support staff and changing our sales strategy for 2007 to more focused domestic markets, including WiLEC projects. We also announced the closing of an after sales support office in Lewisville, Texas. On July 12, 2007 our corporate offices in Herndon, Virginia were consolidated into our Durham, North Carolina location. We have reduced our travel expenses across the organization. We expect these actions and a continual assessment of necessary costs to significantly reduce our operating overhead expense in 2007 compared to 2006. Additionally, as discussed below, we have requested and received waivers from our Series B and Series C Preferred shareholders to pay their January 1, 2007 and April 1, 2007 quarterly dividends in stock rather than in cash. We have requested a similar waiver for the dividends that were due July 1, 2007.

Additionally, we are seeking to raise additional capital through sales of our common or preferred stock or debt securities and through the exercise of warrants for the purchase of our common stock by existing investors.

*Net cash used in operating activities.* Net cash used in operations for the six months ended June 30, 2007 was $1,615,734, compared to $11,248,072 for the six months ended June 30, 2006. We were able to achieve these significant reductions through a combination of employee reduction, combining facilities, reducing capital expenditure levels and expenditures for outside consultants, as well as reducing the purchase levels of inventory parts and components.

*Net cash used in investing activities.* Net cash used in investing activities for the six months ended June 30, 2007 was $21,929, compared to net cash used of $730,573 for the six months ended June 30, 2006. The net cash used in the 2006 period was primarily for the purchase of testing and production equipment. In the 2007 period, we purchased only $3,279 of equipment, offset by a loss on asset disposition of $36,698.

*Net cash provided by financing activities.* Net cash provided by financing activities for the six months ended June 30, 2007 was $1,037,013, compared to $1,319,065 for the six months ended June 30, 2006. The cash provided in the current period included proceeds from a note payable issued for $1,000,000. In the six months ended June 30, 2006, we received proceeds from the exercise of common stock purchase warrants of $2,011,036, offset by the payment of preferred stock dividends of $602,345.

*Future Cash Requirements.* Our primary cash requirements over the next twelve months will be to fund working capital requirements including any past due trade accounts, capital expenditures as necessary, preferred stock dividend requirements, interest on outstanding debt, and future product development activities as allowed by our ongoing cash position.

In January 2007 and again in April 2007, in order to conserve cash, we requested a waiver from the cash dividend requirements due to our Series B and Series C convertible preferred shareholders, and instead issued shares of our common stock in lieu of the cash amounts due at those dates. We received such waivers from all of the Series B and Series C shareholders. The total dividends due at January 1, 2007 and April 1, 2007 were $502,000 at each date. We issued a total of 118,259 shares of our common stock in connection with the January 1 dividend due, and an additional 173,660 shares of our common stock for the April 1 dividend requirement, based on a formula contained in the respective documents underlying the Series B and Series C convertible preferred stock transactions. We intend to request similar waivers from the Series B and Series C shareholders for future dividend payments. There can be no assurance that the Series B and Series C shareholders will provide such waivers. In July 2007, we again requested a waiver from the cash dividend requirements due to our Series B and Series C convertible preferred shareholders. If accepted, we intend to issue common shares and warrants in lieu of the cash dividend.

Our reduced operating expense plan for 2007 is predicated on effective cost-cutting and cost control measures, including our January reduction in the number of overall employees, a more cost effective approach to sales support and after sales support activities, and a reduction in overall travel related expenses. Our continuing research and development program level will be dependent in part on our ability to control our overall operating expenses, our ability to attract additional equity and debt capital, and our quarter to quarter collections of sales proceeds.

*Future Sources of Liquidity.* We expect our primary sources of cash receipts during the next twelve months to be (1) accessing public and private capital markets for additional equity and/or debt financings, (2) collection of accounts receivable balances, (3) common stock warrant exercise, and (4) increased sales and related collections based on anticipated funding for domestic WiLEC entities. We received approximately $437,000 from an existing investor on August 20, 2007 pursuant to an agreement to issue additional convertible preferred stock. There are no assurances of further capital funding commitments at this time. Any expectations as to cash that would arise from the exercise of common stock warrants is dependent upon the inherent conversion price of said warrants relative to the price at which our common stock trades in the future. Our ability to maintain the required level of liquidity for continuing operations is also dependent upon economic, financial, competitive, legislative, regulatory and other factors that are in large part beyond our control.

*Uncertainties Regarding our Liquidity.* We believe the following uncertainties exist regarding our ability to maintain sufficient cash and operating capital liquidity:

· *Ability to increase and maintain revenue levels* - Our ability to generate net cash from future sales of equipment and services is critical to our maintaining adequate operating liquidity. If our revenues were not to increase substantially and/or continue to fluctuate, our ability to generate net cash from operating activities in a sufficient amount to meet our cash needs and obligations can and would be adversely affected.

· *Ability to access capital markets and debt markets* -To date, we have depended largely on our ability to obtain funding from capital markets to fund ongoing operations. If we are unable to access these markets at reasonable rates, or at all, it could require us to curtail or significantly further reorganize our planned business operations in order to conserve cash until such time, if ever, that sufficient proceeds from operations are generated.

· *Ability to manage working capital requirements efficiently* - Maintaining adequate liquidity for operations needs includes timely and satisfactorily collecting of our outstanding trade receivables, obtaining satisfactory purchase and payment terms from our significant inventory and service suppliers, and the ability to achieve acceptable inventory turnover rates.

· *Ability to manage current trade payables levels* - Our trade payable as of August 10, 2007 amounted to approximately $2,800,000. Several vendors have turned our accounts over to collection agencies, and we are out of terms with numerous services and product suppliers. The landlord at our vacated Waltham, Massachusetts office has filed a judgment lien against us for approximately $180,000 in past due and future rents payable through the end of the current lease period of February 15, 2008, including attaching $50,000 from our operating bank account. It is critical that we will be able to satisfy vendors on an ongoing basis to insure uninterrupted delivery of critical supplies or services for our operations.

**Contingency:**

We have shipped products with a cost basis of approximately $300,000 to one customer for evaluation purposes. These products are carried in inventory on the accompanying balance sheet. We believe these products will convert to sales and we will be fully paid prior to the end of 2007. However, because this is not heavily capitalized, the customer could experience financial difficulties precluding them from paying for our products. If the customer experiences such difficulties we may not be able to recover some or all of these products.

**OFF-BALANCE SHEET ARRANGEMENTS**

As of June 30, 2007, we did not have any material off-balance sheet arrangements (as defined in Item 303(c)(2) of Regulation S-B).

33

## ITEM 3. CONTROLS AND PROCEDURES

### Evaluation of Disclosure Controls and Procedures

Our management, with the participation of the Chief Executive Officer and Chief Financial Officer, has evaluated the effectiveness of our disclosure controls and procedures (as such term is defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), as of the quarter ended June 30, 2007. Based on such evaluation, the Chief Executive Officer and Chief Financial Officer have concluded that, as of June 30, 2007, our disclosure controls and procedures were not effective in ensuring that information we are required to disclose in reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported, within the time periods specified by the SEC's rules and forms, and accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure.

We concluded that our disclosure controls and procedures were not effective as a result of a material weakness in our control over financial reporting due to a misstatement in the current period financial statements that was not initially identified by our internal controls over financial reporting. This misstatement was identified by our independent auditors and adjusted prior to filing this quarterly report on Form 10-QSB with the Securities and Exchange Commission. The misstatement related to the Company not fully evaluating its inventory for obsolescence and resulted in the recording of a valuation reserve of $521,275 for our inventory.

Management is responsible for establishing and maintaining adequate internal control over our financial reporting. Internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with accounting principles generally accepted in the United States of America.

As defined by the Public Company Accounting Oversight Board's Auditing Standard No. 2, a material weakness is defined as a significant deficiency or combination of significant deficiencies, that results in more than a remote likelihood that a material misstatement of the annual or interim financial statements will not be prevented or detected.

Remediation Plan

In addition to controls and procedures consistent with prior practices, we have developed and are implementing remediation plans. In order to remediate the aforementioned material weakness, we have:

- Evaluated the misstatement and concluded that it is non-recurring. At the time of the misstatement, we were relocating our offices from Virginia to North Carolina. As a result of the relocation, our Chief Financial Officer determined not to relocate and we hired Mark Hahn as our new Chief Financial Officer. Mr. Hahn was responsible for reporting on the quarter ended June 30, 2007; however he didn't commence employment until August 14, 2007. During the transition period between the former Chief Financial Officer leaving the Company and the beginning of Mr. Hahn's employment, we did not have adequate accounting staff during and subsequent to our second quarter closing and reporting period. Additionally, some of our records were temporarily unavailable during our relocation. We believe this weakness was temporary and will be remediated as Mr. Hahn fully assumes his role.

- Initiated a search for a Corporate Controller with the requisite experience to provide additional assistance in adequately addressing future accounting and disclosure issues.

We believe that for the reasons described above, we will be able to improve our disclosure controls and procedures

and remedy the identified material weakness.

Our management will continue to evaluate the effectiveness of our disclosure controls and procedures. Because of the inherent limitations in all control systems, controls can provide only reasonable, not absolute, assurance that all control issues and instances of fraud, if any, will be or have been detected. These inherent limitations include the realities that judgments in decision-making can be faulty, and that breakdowns can occur because of simple error or mistake. Additionally, controls can be circumvented by the individual acts of some persons, by collusion of two or more people, or by management override of the control. The design of any system of controls also is based in part upon certain assumptions about the likelihood of future conditions; over time, control may become inadequate because of changes in conditions , or the degree of compliance with the policies or procedures may deteriorate. Because of the inherent limitation in a cost-effective control system, misstatements due to error or fraud may occur and not be detected.

Changes in Internal Control over Financing Reporting

In connection with the evaluation required by paragraph (d) of Rule 13a-15 under the Exchange Act, there was no change identified in our internal control over financial reporting that occurred during the three months ended June 30, 2007 that has materially affected, or is reasonably likely to materially affect, our control over financial reporting.

Part II. Other Information

Item 1. Legal Proceedings

On or about April 24, 2007, the landlord of our Waltham, Massachusetts office filed a breach of lease claim for non-payment of rent in the State of Massachusetts, Superior Court of Suffolk County, seeking damages in the amount of approximately $174,637 and executed an attachment in the amount of $50,000. We have recorded an accrued liability for 100% of this claim in the accompanying condensed consolidated financial statements.

On or about May 7, 2007, we were verbally notified by our customer, the Ministry of Interior for the Kingdom of Bahrain that a Bahraini court had ordered the Ministry of the Interior to cease payments to us under certain sales orders pending resolution of a claim filed by a former reseller for our Company in the Middle East and African regions. We believe this case has no merit and we plan to vigoursly defend it. No accrual has been recorded in the accompanying condensed consolidated financial statements.

On or about August 3, 2007, Portside Growth and Opportunity Fund filed a complaint for the issuance of 222,057 shares of common stock in lieu of 56,066 shares of common stock due to a triggering event claimed by Portside Growth and Opportunity Fund in the agreements between us and Portside Growth and Opportunity Fund. We are disputing with Portside Growth and Opportunity Fund on the existence of the triggering event and the fact that no harm was caused. We believe this case has no merit and plan to vigorously defend this case. No accrual has been recorded in the accompanying condensed consolidated financial statements.

Item 2. Issuance of Unregistered Securities

In May 2007, we issued 173,660 shares of common stock and 86,829 common stock warrants to all of the holders of our Series B and Series C convertible preferred stock for the April 2, 2007 regular quarterly dividend due to these shareholders. The shares and warrants were issued based upon waivers requested and received from all such stockholders in lieu of cash payment for the dividends. The warrants have an exercise price of $6.40 per share and expire on May 22, 2012.

On June 29, 2007, we issued a total of 475,000 warrants with an exercise price of $2.69 per share to Trilogy Capital Partners for consulting services.

On June 29, 2007, we issued a total of 100,000 warrants with an exercise price of $2.69 per share to Sierra Equities for consulting services.

With respect to the sales of our securities described above, we relied on the Section 4(2) exemption from securities registration under the federal securities laws for transactions not involving any public offering. No advertising or general solicitation was employed in offering the securities. The securities were sold to accredited investors. The securities were offered for investment purposes only and not for the purpose of resale or distribution, and the transfer thereof was appropriately restricted by us.

Item 3. Defaults Upon Senior Securities

None.

Item 4. Submission of Matters to a Vote of Security Holders

None.

**Item 5. Other Information**

As of March 27, 2007, Louis Slaughter, our Chairman and Chief Executive Officer, loaned us $65,000 as required for short term working capital needs. The note bears interest at 7% per annum. The maturity date is March 26, 2008, with interest accruing to and payable on the maturity date.

**Item 6. Exhibits**

**EXHIBIT INDEX**

| Exhibit Number | Exhibit Title |
|---|---|
| 3.1 | Amended and Restated Certificate of Incorporation (included as Exhibit 3.1 to the Form S-1 filed May 28, 2004, and incorporated herein by reference). |
| 3.2 | Amended and Restated Bylaws (included as Exhibit 3.2 to the Form S-1 filed May 28, 2004, and incorporated herein by reference). |
| 3.3 | Certificate of Designation of the 10% Series A Redeemable Preferred Stock, dated May 6, 2005 (included as Exhibit 3.1 to the Form 8-K filed May 12, 2005, and incorporated herein by reference). |
| 3.4 | Certificate of Designation of the Series B Convertible Preferred Stock, dated November 4, 2005 (included as Exhibit 3.1 to the Form 8-K filed November 8, 2005, and incorporated herein by reference). |
| 3.5 | Certificate of Designation of the Series C Convertible Preferred Stock, dated August 21, 2006 (included as Exhibit 3.1 to the Form 8-K filed August 22, 2006, and incorporated herein by reference). |
| 4.1 | Purchase Option between the Company and HCFP/Brenner Securities LLC, dated October 13, 2004 (included as Exhibit 4.1 to the Form 10-KSB filed April 15, 2005, and incorporated herein by reference). |
| 4.2 | Purchase Option between the Company and HCFP/Brenner Securities LLC, dated January 28, 2005 (included as Exhibit 4.8 to the Form SB-2/A filed July 14, 2005, and incorporated herein by reference). |
| 4.3 | Form of Common Stock Purchase Warrants (included as Exhibit 4.1 to the Form 8-K filed May 12, 2005, and incorporated herein by reference). |
| 4.4 | Purchase Option between the Company and HCFP/Brenner Securities LLC, dated November 7, 2005 (included as Exhibit 4.7 to the Form SB-2 filed December 7, 2005, and incorporated herein by reference). |
| 4.5 | Purchase Option between the Company and HCFP/Brenner Securities LLC, dated November 7, 2005 (included as Exhibit 4.8 to the Form SB-2 filed December 7, 2005, and incorporated herein by reference). |
| 4.6 | Registration Rights Agreement between the Company and the Purchasers signatory thereto, dated November 7, 2005 (included as Exhibit 4.1 to the Form 8-K filed November 8, 2005, and incorporated herein by reference). |
| 4.7 | Registration Rights Agreement between the Company and the Purchasers signatory thereto, dated August 21, 2006 (included as Exhibit 4.1 to the Form 8-K/A filed August 22, 2006, and incorporated herein by reference). |
| 31.1 | Certification of Chief Executive Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2 | Certification of Chief Financial Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 32.1 | Certification of Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |

| | |
|---|---|
| 32.2 | Certification of Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |

35

## Signatures

In accordance with the requirements of the Exchange Act, the registrant has caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

GigaBeam Corporation

Date: September 10, 2007        By: /s/ Louis S. Slaughter
                                    _____
                                    Louis S. Slaughter
                                    Chief Executive Officer

36