AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 07cv6990(NRB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Gigabeam Corporation

I certify that I am admitted to practice in this court.

| 6/9/2008 | *[signature]* |
|---|---|
| Date | Signature |

Robert I. Bodian
Print Name                                                            Bar Number

666 Third Avenue
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

(212) 935-3000                                (212) 983-3115
Phone Number                                                        Fax Number