AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

**APPEARANCE**

Case Number: 07cv6990(NRB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Gigabeam Corporation

I certify that I am admitted to practice in this court.

_6/9/2008_
Date

Signature

Jason D. Padgett
Print Name

JP7751
Bar Number

666 Third Avenue
Address

New York            NY              10017
City                State           Zip Code

(212) 935-3000         (212) 983-3115
Phone Number           Fax Number