# Exhibit A



January 4, 2007

BY FACSIMILE and E-MAIL
Continental Stock Transfer and Trust Co.
17 Battery Place, 8th Floor
New York, NY 10014
Attn: Felix Orihuela
    Michael Mullings

Re:    Common Stock Dividend to Series B and C Preferred Stock Investors

Dear Messrs. Orihuela and Mullings:

This letter will constitute our authorization and instruction to you with respect to the issuance of certificates representing a total of 102,202 shares of newly-issued Common Stock, par value $0.001 per share of GigaBeam Corporation, a Delaware corporation **WITHOUT RESTRICTIVE LEGEND** to the Series B Preferred Stock and Series C Preferred Stock investors in accordance with the attached Schedule.

**PLEASE PREPARE THE CERTIFICATES UPON RECEIPT OF THIS LETTER AND HOLD THEM PENDING FURTHER INSTRUCTION REGARDING DELIVERY.**

These shares represent a stock dividend. The registration statements covering the issuance of these dividends are effective and there is no need to supplement or amend the respective prospectuses. The applicable legal opinions of Blank Rome, LLP covering this dividend issuance are on file at your office. Should you have any questions regarding the opinions, please contact Brad Shiffman at (212) 885-5442.

I have enclosed a brief letter to accompany the certificate to each investor after we have instructed you to proceed with delivery.

If you have any questions or comments, please telephone me at (703) 887-8273.

GIGABEAM CORPORATION

By: *[signature]*
Caroline Baldwin Kahl
Corporate Counsel

Encl.: Letter to Investor
    Schedule

## JANUARY 2007 DIVIDENDS SCHEDULE

Version 1    01/04/2007

| Investor Name and Address | Preferred Stock Series | Number of Shares of Common Stock |
|---|---|---|
| Midsummer Investment, Ltd<br>295 Madison Avenue<br>38th Floor<br>New York City, NY 10017<br>Attention: Scott D. Kaufman | B & C | 44,524 |
| Islandia, LP<br>245 Park Avenue, 26th Floor<br>New York, NY 10067<br>Attention: John M. Angelo | B | 14,135 |
| Leonardo, LP<br>245 Park Avenue, 26th Floor<br>New York, NY 10067<br>Attention: Gary Wolf | B | 18,846 |
| Silver Oak Capital LLC<br>245 Park Avenue, 26th Floor<br>New York, NY 10067<br>Attention: Gary Wolf | C | 14,135 |
| Gruber & McBaine International<br>50 Osgood Place – PH<br>San Francisco, CA 94133<br>Attention: Jon D. Gruber<br>        Christine Arroyo | B | 810 |
| Jon D and Linda W Gruber Trust<br>50 Osgood Place – PH<br>San Francisco, CA 94133<br>Attention: Jon D. Gruber<br>        Christine Arroyo | B | 589 |
| Lagunitas Partners LP<br>50 Osgood Place – PH<br>San Francisco, CA 94133<br>Attention: Jon D. Gruber<br>        Christine Arroyo | B | 2,959 |
| J Patterson McBaine<br>50 Osgood Place – PH<br>San Francisco, CA 94133<br>Attention: Christine Arroyo | B | 353 |
| Crescent International Ltd<br>c/o Cantara (Switzerland) SA<br>84, av Louis-Casaï<br>CH 1216 COINTRIN, Geneva, Switzerland<br>Attention: Maxi Brezzi<br>    Bachir Taleb-Ibrahimi | B & C | 3,062 |
| Portside Growth & Opportunity Fund<br>c/o Ramius Capital Group<br>666 3rd Avenue, 26th Floor<br>New York City, NY 10017<br>Attention: Nancy Wu | B | 1,611 |
| Meadowbrook Opportunity Fund LLC<br>520 Lake Cook Road, Suite 690<br>Deerfield, IL 60015<br>Attention: Michael Y. Ragins | C | 1,178 |
| **TOTALS** | | 102,202 |



January 5, 2007

Re: Common Stock Dividend

Dear GigaBeam Investor:

     Pursuant to the Certificate of Designation of your Preferred Stock of GigaBeam Corporation (the "Company"), enclosed please find an original common stock certificate of the Company representing your dividend payment for January 2007.

Sincerely,

GigaBeam Corporation

Caroline Baldwin Kahl
Vice President, Corporate Counsel
     And Secretary

Enclosure

**GigaBeam Corporation**
470 Springpark Place, Suite 900
Herndon, VA 20170
Phone: 571-283-6200
Fax:     571-283-6203





| | | | |
|---|---|---|---|
| **To:** | Felix Orihuela | **From:** | Caroline Baldwin Kahl, Esq. |
| **Fax:** | (212) 509-5150 | **Fax:** | (571) 283-6203 |
| **Phone:** | | **Phone:** | (571) 283-6226 |
| **Pages:** | (including cover) 4 | **Date:** | 1/4/2007 |
| **Re:** | Common Stock Issuance – Dividends | | |
| **CC:** | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments:**

Per my e-mail and voice mail.
I will be traveling on Friday, call my cell with questions (703) 887-7274
Best,
Caroline

Confidential Communication