# Exhibit B

*Attn:*
*Nicole Heidema*
*(617) 242-0066*

```
SP01 ASCY TERM/OP: A040      RICHARD  DATE/TIME: 06/03/08 11:53:24 ID: SMASCY
ERRS:     MESSAGE:   150 INFO--NO ADDITIONAL PAGES
COMPANY: G197 ISSUE: COM  GIGABEAM CORP COMMON STL $.001
ACCT ID: PORTSIDE           1 TAXPAYER ID: 98-0216878  ACCT NUMBER:         195
OPEN ONLY: _ BEG CERT: _____  BEG DATE: _____  END DATE: _____
              A C C O U N T    C E R T I F I C A T E    H I S T O R Y
PORTSIDE GROWTH & OPPORTUNITY FUND       C/O CITIGROUP GLOBAL MARKETS INC
SEL ---CERT ID---  ---DEBIT---  ---CREDIT--   ---UNITS---    STP COR       USER
NBR PREFIX NUMBER  TP   DATE    TP   DATE
 1  GC        471  NM 01/17/07  OR 01/05/07      1,611.0000
 2  GC        483  NM 01/26/07  NM 01/17/07      1,611.0000
 3  GC        512  NM 06/07/07  OR 05/10/07      2,366.0000
 4  GC        637               NM 06/07/07      2,366.0000  04
```

---

SELECT ONE OF THE ABOVE FOR INQUIRY AND UPDATE ====> __
PROCEED TO: ====> _ ( I = CERT INQUIRY, M = CERT MAINT, P = PRICE INQ / MAINT)
PAGE DIRECTION: => F (F/B) NUMBER OF PAGES: => 01 (01-50) PAGE NUMBER: =>   1