# Exhibit E

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

Form 10-QSB

---

☒ QUARTERLY REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended September 30, 2007

OR

☐ TRANSITION REPORT UNDER SECTION 13 OR 15(d) OF THE EXCHANGE ACT

For the transition period from _____ to _____

Commission file number: 000-50985

---

GigaBeam Corporation
(Exact name of small business issuer as specified in its charter)

---

| Delaware | 20-0607757 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

4021 Stirrup Creek Drive, Suite 400
Durham, NC 27703
(Address of principal executive offices)

(919) 206-4426
(Issuer's telephone number)

---

Check whether the issuer (1) filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the past 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act) Yes ☐ No ☒

As of November 17, 2007, there were 7,138,938 shares of the issuer's common stock outstanding.

Transitional Small Business Disclosure Format (check one): Yes ☐ No ☒

GigaBeam Corporation
Form 10-QSB
For the Three and Nine Months Ended September 30, 2007
Index

| | Page |
|---|---|
| **Part I. Financial Information** | |
| Item 1. Financial Statements | |
|     Condensed Consolidated Balance Sheets as of September 30, 2007 and December 31, 2006 | 3 |
|     Condensed Consolidated Statements of Operations for the three and nine months ended September 30, 2007 and 2006 | 4 |
|     Condensed Consolidated Statements of Cash Flows for the nine months ended September 30, 2007 and 2006 | 5 |
|     Consolidated Statements of Shareholders' Equity for the nine months ended September 30, 2007 and for the years ended December 31, 2006, and December 31, 2005 | 7 |
|     Notes to Condensed Consolidated Financial Statement | 8 |
| Item 2 - Management's Discussion and Analysis of Financial Condition and Results of Operations | 19 |
| Item 3 - Controls and Procedures | 24 |
| **Part II. Other Information** | 26 |
| Item 1 - Legal Proceedings | 26 |
| Item 2 - Issuance of Unregistered Securities | 26 |
| Item 3 - Defaults Upon Senior Securities | 26 |
| Item 4 - Submission of Matters to a Vote of Security Holders | 26 |
| Item 5 - Other Information | 26 |
| Item 6 - Exhibits | 27 |

Part I - Financial Information

Item 1. Financial Statements

GigaBeam Corporation
Condensed Consolidated Balance Sheets
(Unaudited)

|  | September 30, 2007 | December 31, 2006(a) |
|---|---:|---:|
| **ASSETS** | | |
| Current assets: | | |
| Cash and equivalents | $ 6,180 | $ 653,734 |
| Accounts receivable, net of allowance of $804,063 and $533,766 respectively | 988,751 | 807,500 |
| Inventory, net of allowance of $1,654,833 and $933,554 respectively | 4,332,757 | 7,621,574 |
| Prepaid expenses and other current assets | 257,507 | 568,711 |
| Total current assets | 5,585,195 | 9,651,519 |
| | | |
| Long-term assets: | | |
| Inventory - non-current, net | 1,892,125 | - |
| Property and equipment, net | 1,480,898 | 1,986,735 |
| Patent and license rights, net | 355,624 | 352,502 |
| Deposits | 68,338 | 93,128 |
| Debt issuance costs | 30,032 | 181,976 |
| Total long-term assets: | 3,827,017 | 2,614,341 |
| Total assets | $ 9,412,212 | $ 12,265,860 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 3,043,944 | $ 1,891,077 |
| Accrued expenses | 2,045,067 | 1,416,716 |
| Current portion of capital lease obligations | 22,393 | 29,125 |
| Convertible notes payable, net of discount | 346,679 | - |
| Note payable, related party | 65,000 | - |
| Notes payable, other | 1,474,019 | - |
| Total current liabilities | 6,997,102 | 3,336,918 |
| | | |
| Capital lease obligations, non-current | 24,747 | 41,159 |
| Convertible notes payable, net of discount | - | 1,051,036 |
| Total liabilities | 7,021,849 | 4,429,113 |
| | | |
| Stockholders' equity: | | |
| Series A redeemable preferred stock, $0.001 par value, 20,000 shares authorized; 11,277 shares issued and outstanding at September 30, 2007 and December 31, 2006 | 11 | 11 |
| Series B convertible preferred stock, $0.001 par value, 20,000 shares authorized; 14,100 shares issued and outstanding at September 30, 2007 and December 31, 2006 | 14 | 15 |
| Series C convertible preferred stock, $0.001 par value, | | |

| | | |
|---|---:|---:|
| 10,000 shares authorized; 9,750 shares issued and outstanding at September 30, 2007 and December 31, 2006 | 10 | 10 |
| Common stock, $0.001 par value, 40,000,000 shares authorized; 7,134,738 and 6,099,279 shares issued and outstanding at September 30, 2007 and December 31, 2006, respectively | 7,135 | 6,099 |
| Additional paid-in capital | 54,975,920 | 50,876,530 |
| Accumulated deficit | (52,592,727) | (43,045,918) |
| Total stockholders' equity | 2,390,363 | 7,836,747 |
| Total liabilities and stockholders' equity | $ 9,412,212 | $ 12,265,860 |

(a) Condensed consolidated balance sheet as of December 31, 2006, has been derived from audited consolidated financial statements.

*See notes to condensed consolidated financial statements*

3