## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2008, I caused to be served on the following counsel, by hand, a true and correct copy of Gigabeam's Memorandum in Response to Plaintiff's Request for Damages, Specific Performance, Liquidated Damages and Attorney's Fees and the supporting Declaration of Jason D. Padgett, executed on June 9, 2008.

Thomas J. Flemming
Joshua S. Androphy
Olshan Grundman Frome Rosenzweig & Wolosky LLP
65 East 55th Street
New York, New York  10022
*Counsel for Plaintiff Portside Growth and Opportunity Fund*

_____
Jason D. Padgett